IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE CHANDLER, on behalf of D.C., minor child,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. C 07-02141 CRB<br><br>**JUDGMENT** |

The Court having granted defendant's motion for summary judgment and denied plaintiff's motion for summary judgment by Memorandum and Order filed December 12, 2007, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: Dec. 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2141\judgment.wpd